UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

209 JAX OWNER, LLC; MONROE ACQUISITION, LLC; BELL ACQUISITION, LLC; RANDOLPH ACQUISITION, LLC; and ATRIUM ACQUISITION, LLC,

    Plaintiffs

v.

PREFERRED BUILDING SERVICES, LLC; DAVID LAUTENBACH; and ARIF "BILLY" SULEJMANOVSKA

    Defendant

Case No. 2014-cv-12242
Hon. Laurie J. Michelson

_____/

**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS PURSUANT TO FRPC 41(a)(1)(A)(ii)**

This Order being presented to the Court by Plaintiffs pursuant to FRPC 41(a)(1)(A)(ii) to voluntarily dismiss the Complaint filed in this action with prejudice, and without costs or attorney fees,

IT IS HEREBY ORDERED:

All claims brought by the Plaintiffs are dismissed with prejudice and without costs or fees to any party.

This is a final order adjudicating all claims against all parties.

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

Dated:  December 23, 2014

**Stipulated by:**

s/Kenneth F. Neuman
Kenneth F. Neuman (39429)
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 23, 2014.

                                           s/Jane Johnson
                                           Case Manager to
                                           Honorable Laurie J. Michelson